UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN McELROY, | No. 2:18-cv-0455-EFB P |
| Plaintiff, | |
| v. | ORDER |
| CHCF, | |
| Defendant. | |

Plaintiff is state prisoner proceeding without counsel. This case was opened pursuant to an order from the United States District Court for the Northern District of California. *See McElroy v. Adam*, No. 17-cv-3348-YGR (N.D. Cal. Feb. 23, 2018) (screening order dismissing plaintiff's claims arising at the California Health Care Facility, without prejudice to refiling them in a new civil rights action in the United States District Court for the Eastern District of California). If plaintiff wishes to proceed with this action, he must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

/////
/////
/////
/////

1

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in this case being closed.

So ordered.

Dated: March 8, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE