UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN McELROY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHCF,<br><br>　　　　　Defendant. | No. 2:18-cv-0455-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel. He requests an extension of time to file his complaint pursuant to the court's April 17, 2018 order.

Plaintiff's request (ECF No. 9) is granted and plaintiff has 30 days from the date this order is served to file his complaint.

So ordered.

Dated: May 21, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE