UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATWAHN McELROY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHCF, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-455-TLN-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his objections to the May 22, 2019 findings and recommendations.

Plaintiff's request (ECF No. 17) is granted and plaintiff has 28 days from the date this order is served to file his objections.

So ordered.

Dated: June 12, 2019.

　　　　　　　　　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE